David Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: 800-884-6000
Fax: 866-612-5700
david@pricelawgroup.com
Attorneys for Plaintiff,
CHRISCELIA NELSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISCELIA NELSON<br><br>　　Plaintiff,<br><br>vs.<br><br>CBE GROUP; and DOES 1 to 10, inclusive,<br><br>　　Defendants. | Case No.: 3:12-cv-08161-GMS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

DATED: October 25, 2012

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP APC**

By: /s/ David Chami
　　David Chami
　　Attorney for Plaintiff

NOTICE OF SETTLEMENT