**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chriscelia Nelson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CBE Group,<br><br>　　　　Defendant. | No. CV-12-8161-PCT-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 16.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, December 10, 2012 at 2:00 p.m.**

DATED this 3rd day of December, 2012.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge